**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>COMPASS COFFEE, LLC,<br><br>*Debtor*. | Case No. 26-00005-ELG<br><br>Chapter 11 |
| AP DC TOMATO'S, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>MICHAEL HAFT, *et al.*,<br><br>*Defendants.* | Adv No. 26-10010-ELG |
| JEMAL'S PAPPAS TOMATO'S, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE, LLC, *et al.*,<br><br>*Defendants.* | Adv No. 26-10011-ELG |

**INTERIM REPORT OF JUDICIAL MEDIATOR**

The undersigned Judicial Mediator, appointed by the presiding Judge to mediate the above-captioned adversary proceedings, submits this interim report concerning the status of mediation efforts.

*AP DC Tomato's, LLC v. Haft, et al.*, Adv. No. 26-10010-ELG

A Settlement Agreement and Mutual Release of All Claims, executed on October 2, 2026 (the "Agreement"), by and between Plaintiff AP DC Tomato's, LLC (the "Landlord") and Defendants Michael Haft and Harrison Suarez (the "Guarantors," and collectively with the

Landlord, the "Parties") resolves all claims between the Parties asserted in *AP DC Tomato's, LLC v. Haft, et al.*, Adv. No. 26-10010-ELG. Upon the satisfaction of the payment terms set forth in the Agreement, the Parties will file a Stipulation of Partial Dismissal with Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, dismissing with prejudice the Landlord's claims against the Guarantors and the Guarantors' counterclaims against the Landlord.

*Jemal's Pappas Tomato's, LLC, v. Compass Coffee, LLC, et al.*, Adv. No. 26-10011-ELG

Settlement discussions remain ongoing in *Jemal's Pappas Tomato's, LLC v. Compass Coffee, LLC, et al.*, Adv. No. 26-10011-ELG. A further report regarding the outcome of settlement discussions will be forthcoming within approximately two weeks.

Date: October 7, 2026

FRANK J. SANTORO
United States Bankruptcy Judge